**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter ___11___

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **South Texas ELV, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **dba Asset Recovery Management Services** |
| 3. | Debtor's federal Employer Identification Number (EIN) | 4  6 – 3  2  3  2  8  6  9 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **388 EO Woods Rd**<br>Number    Street | **PO Box 1167**<br>Number    Street |
| | <br>P.O. Box |
| **Zavalla**        **TX**   **75980**<br>City               State   ZIP Code | **Galveston**       **TX**   **77553**<br>City               State   ZIP Code |
| <br>County | Location of principal assets, if different from principal place of business<br><br>Number    Street<br><br>City               State   ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.assetrecoverymanagementservices.com** |
| 6. | Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☑ Other. Specify: **Texas Limited Liability Company** |

Debtor __South Texas ELV, LLC__            Case number (if known) _____

| | |
|---|---|
| **7. Describe debtor's business** | **A. Check one:** |

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☑ None of the above

**B. Check all that apply:**

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

    __4__ __2__ __3__ __8__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

    ☐ Chapter 7
    ☐ Chapter 9
    ☑ Chapter 11.   *Check all that apply:*

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

Debtor __South Texas ELV, LLC_____          Case number (if known) _____

9.   **Were prior bankruptcy**
     **cases filed by or against**
     **the debtor within the last 8**
     **years?**

     If more than 2 cases, attach a
     separate list.

☑ No

☐ Yes. District _____   When _____   Case number _____
                                            MM / DD / YYYY

              District _____   When _____   Case number _____
                                            MM / DD / YYYY

              District _____   When _____   Case number _____
                                            MM / DD / YYYY

10.  **Are any bankruptcy cases**
     **pending or being filed by a**
     **business partner or an**
     **affiliate of the debtor?**

     List all cases.  If more than 1,
     attach a separate list.

☑ No

☐ Yes. Debtor _____   Relationship _____

              District _____   When _____
                                                         MM / DD / YYYY

              Case number, if known _____

              Debtor _____   Relationship _____

              District _____   When _____
                                                         MM / DD / YYYY

              Case number, if known _____

11.  **Why is the case filed in**
     ***this district?***

*Check all that apply:*

☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180
   days immediately preceding the date of this petition or for a longer part of such 180 days than in
   any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this
   district.

Debtor  **South Texas ELV, LLC** _____   Case number (if known) _____

| | | |
|---|---|---|
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed. |

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
Number        Street

_____

_____
City                              State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and adminstrative information**

| | | |
|---|---|---|
| 13. | Debtor's estimation of available funds | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| | | | | | |
|---|---|---|---|---|---|
| 14. | Estimated number of creditors | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 | |

| | | | | | |
|---|---|---|---|---|---|
| 15. | Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | |

| | | | | | |
|---|---|---|---|---|---|
| 16. | Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | |

Debtor **South Texas ELV, LLC**                                   Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| 17. **Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | ■ I have been authorized to file this petition on behalf of the debtor. |
| | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/03/2022**
MM / DD / YYYY

X **/s/ Stephanie Southwell**
Signature of authorized representative of debtor

**Stephanie Southwell**
Printed name

**Manager**
Title

18. **Signature of attorney**

X **/s/ Richard Lee Fuqua II**       Date **06/03/2022**
Signature of attorney for debtor                          MM / DD / YYYY

**Richard Lee Fuqua II**
Printed name

**Fuqua & Associates, P.C.**
Firm name

**8558 Katy Freeway**
Number      Street

**Suite 119**

**Houston**                       **TX**      **77024**
City                                State      ZIP Code

**(713) 960-0277**                **RLFuqua@FuquaLegal.com**
Contact phone                          Email address

**07552300**                             **TX**
Bar number                                 State

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

I, Stephanie Southwell, declare under penalty of perjury that I am the Manager of South Texas ELV, LLC, a Texas limited liability company and that on May 18, 2022,  the following resolution was duly adopted by the partners of this company:

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved, that Stephanie Southwell, Manager of South Texas ELV, LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the company; and

Be it Further Resolved, that Stephanie Southwell, Manager of South Texas ELV, LLC, is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case; and

Be it Further Resolved, that Stephanie Southwell, Manager of South Texas ELV, LLC, is authorized and directed to employ Richard L. Fuqua, attorney and the law firm of Fuqua & Associates, PC to represent the company in such bankruptcy case."

Executed on:  <u>May 18, 2022</u>

Signed:

South Texas ELV, LLC

By:

Stephanie Southwell, Manager

**Fill in this information to identify the case**

Debtor name __South Texas ELV, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                              12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of
   debtor's interest

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1.  Checking account - Texas First Bank 2401 Broadway Galveston, Texas 77550 | Checking account | 3  7  2  8 | $9,293.95 |

4. **Other cash equivalents**    *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $9,293.95 |

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor    **South Texas ELV, LLC**                                                    Case number (if known) _____
             Name

|  |  |  |
|---|---|---|

**Current value of
debtor's interest**

**7.   Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

7.1.   $7,780.00 Deposit - Hedrick Production, Inc., P.O. Box 1172, Corpus Christi, TX 78403          $778.00

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

**9.   Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                                           $778.00

## Part 3:  Accounts receivable

**10.   Does the debtor have any accounts receivable?**

   ☑ No.  Go to Part 4.
   ☐ Yes.  Fill in the information below.

**Current value of
debtor's interest**

**11.   Accounts receivable**

11a.  90 days old or less:  _____  –  _____  =  ............. →  _____
                                    face amount                doubtful or uncollectible accounts

11b.  Over 90 days old:  _____  –  _____  =  ............. →  _____
                                    face amount                doubtful or uncollectible accounts

**12.   Total of Part 3**
   Current value on lines 11a + 11b = line 12. Copy the total to line 82.                   $0.00

## Part 4:  Investments

**13.   Does the debtor own any investments?**

   ☑ No.  Go to Part 5.
   ☐ Yes.  Fill in the information below.

|  | **Valuation method
used for current value** | **Current value of
debtor's interest** |
|---|---|---|

**14.   Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

**15.   Non-publicly traded stock and interests in incorporated and unincorporated
businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                    % of ownership:

**16.   Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1**

   Describe:

**17.   Total of Part 4**
   Add lines 14 through 16. Copy the total to line 83.                                         $0.00

## Part 5:  Inventory, excluding agriculture assets

**18.   Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No.  Go to Part 6.
   ☐ Yes.  Fill in the information below.

Debtor    __South Texas ELV, LLC_____    Case number (if known) _____
                 Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  Raw materials | | | | |
| 20.  Work in progress | | | | |
| 21.  Finished goods, including goods held for resale | | | | |
| 22.  Other inventory or supplies | | | | |

23.  **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

| $0.00 |
|---|

24.  Is any of the property listed in Part 5 perishable?
  ☐ No
  ☐ Yes

25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
  ☐ No
  ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?
  ☐ No
  ☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?

  ☑ No.  Go to Part 7.
  ☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28.  Crops--either planted or harvested | | | | |
| 29.  Farm animals  *Examples:* Livestock, poultry, farm-raised fish | | | | |
| 30.  Farm machinery and equipment  (Other than titled motor vehicles) | | | | |
| 31.  Farm and fishing supplies, chemicals, and feed | | | | |
| 32.  Other farming and fishing-related property not already listed in Part 6 | | | | |

33.  **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

| $0.00 |
|---|

34.  Is the debtor a member of an agricultural cooperative?
  ☐ No
  ☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
  ☐ No
  ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36.  Is a depreciation schedule available for any of the property listed in Part 6?
  ☐ No
  ☐ Yes

37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?
  ☐ No
  ☐ Yes

Debtor      __South Texas ELV, LLC_____     Case number (if known) _____
            Name

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐  No.  Go to Part 8.
☑  Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| desk, mini conference table, safe, pictures left at Debtor's former office located at 2200 Market St., Suite 800, Galveston, Texas 77550 (potential landlord's lien) | Unknown | | Unknown |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.  Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.            $0.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑  No
☐  Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑  No
☐  Yes

## Part 8:   Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No.  Go to Part 9.
☑  Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Debtor    **South Texas ELV, LLC**       Case number (if known) _____
    Name

**All equipment and personal property located at either (1) Black Diamond Plant located at Lipan Hwy, Granbury, Texas or (2) Tolar Plant located at Hwy 56 (Hill City Hwy), Tolar, Texas, including but not limited to:**

**FairFax OK Mid-Con Yard Equiment**
**ProPak Unit**
**30k LNG Tank**
**30k LNG Tank**
**37k LNG Tank**
**1000 LNG Tank**
**500 LNG Tank**
**Gardner Denver Air Compressor**
**Air Comptressor Drier**
**TH Russell Loading Station**
**Flame Arrested Burner**
**Heat Exchanger**
**Cooling Tower**
**Contactor Tower**
**Metering Station Complete**
**Metering Station Loading**
**Metering Station Partial**
**Miscellaneous Tnaks on Racks**
**Miscellaneous Valves, Actuators new parts**        **$4,000,000.00**

51.  **Total of Part 8.**
  Add lines 47 through 50.  Copy the total to line 87.      | **$4,000,000.00** |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
  ☑ No
  ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

**Part 9:   Real property**

54.  **Does the debtor own or lease any real property?**
  ☑ No.  Go to Part 10.
  ☐ Yes.  Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |

56.  **Total of Part 9.**
  Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88. | **$0.00** |

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
  ☐ No
  ☐ Yes

Debtor    **South Texas ELV, LLC**_____    Case number (if known) _____
                 Name

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| www.assetrecoverymanagementservices.com | $100.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
    Add lines 60 through 65.  Copy the total to line 89.                                    | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes.  Fill in the information below.

                                                                            Current value of
                                                                            debtor's interest

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

Debtor     **South Texas ELV, LLC**                                    Case number (if known) _____
           Name

74. Causes of action against third parties (whether or not a lawsuit has been filed)

   Potential causes of action against third parties subject to attorney analysis _____     _____ $0.00

   Nature of claim        Unknown - subject to attorney analysis

   Amount requested       _____

75. Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims

76. Trusts, equitable or future interests in property

77. Other property of any kind not already listed  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                          | $0.00 |
    Add lines 71 through 77.  Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $9,293.95 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $778.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,000,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...........................➜ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.**  Add lines 80 through 90 for each column. | 91a. $4,010,071.95 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ................................................   | $4,010,071.95 |

**Fill in this information to identify the case:**

Debtor name      <u>South Texas ELV, LLC</u>

United States Bankruptcy Court for the: <u>SOUTHERN DISTRICT OF TEXAS</u>

Case number
(if known)      _____

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1.   **Do any creditors have claims secured by debtor's property?**

☑ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
☐ Yes.  Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2.   **List in alphabetical order all creditors who have secured claims.**  If a creditor has more
than one secured claim, list the creditor separately for each claim.

| | Column A
Amount of claim
Do not deduct the
value of collateral. | Column B
Value of collateral
that supports
this claim |
|---|---|---|

**2.1**   Creditor's name

Creditor's mailing address

_____

_____

_____

_____

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number      ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No
☐ Yes.  Specify each creditor, including this
creditor, and its relative priority.

Describe debtor's property that is
subject to a lien

_____

Describe the lien

_____

Is the creditor an insider or related party?

☐ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.        _____ $0.00

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td><strong>South Texas ELV, LLC</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: <strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**  Priority creditor's name and mailing address

_____

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(_____)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | South Texas ELV, LLC | Case number (if known) |  |
|---|---|---|---|

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,063.35 |
|---|---|---|---|

AirGas

12800 W. Little York Rd

Houston                          TX      77041

Date or dates debt was incurred _____

Last 4 digits of account number    8   3   7   8

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Disputed

Is the claim subject to offset?
☑ No
☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,212.50 |
|---|---|---|---|

American Arbitration Association

120 Broadway, 21st Floor

New York                         NY      10271

Date or dates debt was incurred _____

Last 4 digits of account number    __  __  __  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Disputed

Is the claim subject to offset?
☑ No
☐ Yes

MIWEC Mediation - Disputed - mediation never occurred; 01-21-0000-0448-1-AA

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

Bluff Dale Independent School District

Linebarger Goggan Blair

2700 Via Fortuna Drive # 500

Austin                           TX      78746

Date or dates debt was incurred _____

Last 4 digits of account number    __  __  __  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Disputed

Is the claim subject to offset?
☑ No
☐ Yes

CV36416 - 266th Dist Ct - Erath Co, TX

| Debtor | South Texas ELV, LLC | Case number (if known) | |
|---|---|---|---|

**Part 2:**   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.4 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$1.00

**C&A Transportation dba ShearWorx**

**Scott S. Brown, Attorney**

**2 Perimeter Park South, Ste 550E**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

| Birmingham | AL | 35243 |
|---|---|---|

**Disputed**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

No. 4:2021CV01056; USDist Ct - N AL

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$5,108.90

**Disaster Recovery Risk Solutions**

**820 Gessner Rd., Suite 1850**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

| Houston | TX | 77024 |
|---|---|---|

**Disputed**

Date or dates debt was incurred   06/30/2017

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   4   6   1   7

Rheem Referral Fee - disputed

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$5,606.77

**Disaster Recovery Risk Solutions**

**820 Gessner Rd., Suite 1850**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

| Houston | TX | 77024 |
|---|---|---|

**Disputed**

Date or dates debt was incurred   06/30/2017

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   5   6   1   7

Kanan Referral Fee - disputed

Debtor    **South Texas ELV, LLC**           Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.7 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Disaster Recovery Risk Solutions**

**820 Gessner Rd., Suite 1850**

| **Houston** | **TX** | **77024** |

Date or dates debt was incurred   **08/31/2017**

Last 4 digits of account number   **9**   **8**   **1**   **7**

**Kanan Referral Fee - Disputed**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Disputed**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$29,750.00

| 3.8 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Disaster Recovery Risk Solutions**

**820 Gessner Rd., Suite 1850**

| **Houston** | **TX** | **77024** |

Date or dates debt was incurred   **10/31/2017**

Last 4 digits of account number   **1**   **7**   **1**   **0**

**Jamaica Private Power Referral Fee - Disputed**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Disputed**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$5,500.00

| 3.9 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Disaster Recovery Risk Solutions**

**820 Gessner Rd., Suite 1850**

| **Houston** | **TX** | **77024** |

Date or dates debt was incurred   **11/01/2017**

Last 4 digits of account number   **1**   **1**   **1**   **7**

**Kanan Referral Fee - Disputed**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Disputed**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$8,330.00

| 3.10 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Exgen Handley Power LLC**

**200 Exelon Way**

| **Kennett Square** | **PA** | **19348** |

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Disputed**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1.00

Debtor  __South Texas ELV, LLC_____        Case number (if known) _____

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.11 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | | $594.66 |

Four J's

8609 N Kraft Rd.

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Pocatello                    ID      83204

Basis for the claim:  __Disputed_____

Date or dates debt was incurred    __4/14/2022__

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    __2__  __2__  __0__  __5__

---

| 3.12 | Nonpriority creditor's name and mailing address | | | | $5,776.79 |

Hydrocarbon Processing

Gulf Publishing Company LLC

P.O.Box 2608

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Houston                    TX      77252-2608

Basis for the claim:  __Advertising_____

Date or dates debt was incurred    __10/09/2020__

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    __6__  __8__  __6__  __8__

---

| 3.13 | Nonpriority creditor's name and mailing address | | | | $19,120.00 |

JLM Tire

23408 Tiffany Dr.

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Mabelvale                    AR      72103

Basis for the claim:  __Disputed_____

Date or dates debt was incurred    __04/08/2021__

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    __1__  __1__  __0__  __2__

Did not do this work - disputed

---

| 3.14 | Nonpriority creditor's name and mailing address | | | | $500.00 |

Mike Walters Specialty Services

PO Box 6531

40 Morning Dew Rd.

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Laurel                    MS      39441

Basis for the claim:  __Sulfur Pit Job_____

Date or dates debt was incurred    __05/27/2021__

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    __1__  __4__  __9__  __6__

Paid on 9/24/2021

Debtor   **South Texas ELV, LLC**                                       Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.15 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$1.00**

Parikh Financial, LLC

Cristina Belaval, Attorney

5507 Louetta Rd., Ste. A

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

_____

Spring                    TX    77379

**Basis for the claim:**
**Disputed**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

No. 1174352; Harris Co. Civ. Ct 2

---

| 3.16 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$3,845.00**

PELA GeoEnvironmental

PO Box 2310

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

_____

Tuscaloosa              AL    35403

**Basis for the claim:**
**Disputed**

Date or dates debt was incurred    04/01/2021

Last 4 digits of account number    0  8  2  0

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Chatom Stormwater and Bazor Ridge Stormwater consultant - dipsuted - did not do work; 210310, 210819, 210820

---

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$33,600.00**

Performance Logistics, LLC

PO Box 71

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

_____

Zavalla                  TX    75980

**Basis for the claim:**
**Goods & Services**

Date or dates debt was incurred    10/12/2021

Last 4 digits of account number    6  7  7  9

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,000.00**

Plunkett, Griesenbeck & Mimari, Inc.

1635 Northeast Loop 410, Ste.900

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

_____

San Antonio              TX    78209

**Basis for the claim:**
**Mediation**

Date or dates debt was incurred    5/06/2022

Last 4 digits of account number    2  5  1  4

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor      South Texas ELV, LLC                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.19 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

$22,023.57

Rosenberg, Fortuna & Laitman

666 Old Country Rd., Ste 810

Garden City                    NY      11530

Date or dates debt was incurred

Last 4 digits of account number      8   5   9   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Disputed

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

$1.00

RSS Recovery Solutions, LLC

Cristina Belaval, Attorney

5507 Louetta Rd., Ste. A

Spring                         TX      77379

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

No. 1174352; Harris County Civ Ct 3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Disputed

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

$4,100.00

Stan Brown

PO Box 207

Bluff Dale                     TX      76433

Date or dates debt was incurred     3/17/2022

Last 4 digits of account number      M   1   0   4

Did not authorize work

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Disputed

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

$1.00

Texas Trans-Chem, LLC

Marc B. Johnson, Esq.

14711 Pebble Bend Dr.

Houston                        TX      77068

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

2020-CI-02514; 225th Dist Ct - Bexar Co.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Disputed

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | South Texas ELV, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.23** Nonpriority creditor's name and mailing address

Titan International

Brittany C. Cooperrider, Attorney

1885 Saint James Place, 15th Fl.

Houston                        TX        77056

Date or dates debt was incurred _____

Last 4 digits of account number  \_\_ \_\_ \_\_ \_\_

21CV2050; 10th Dist Ct. Galveston Co.

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:
**Disputed**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$1.00

**3.24** Nonpriority creditor's name and mailing address

TJ Scarbrough, Inc.

PO Box 30

Buckatunna                   MS      39322

Date or dates debt was incurred   11/2021

Last 4 digits of account number  \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:
**Disputed**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$41,619.80

**3.25** Nonpriority creditor's name and mailing address

Waverly Holding Company

2200 Market St., Ste 800

Galveston                    TX      77550

Date or dates debt was incurred   10/19/2019

Last 4 digits of account number  \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:
**Disputed**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$600.00

**3.26** Nonpriority creditor's name and mailing address

White Star Petroleum, LLC

PO Box 51435

Los Angeles                  CA      51435

Date or dates debt was incurred   10/28/2016

Last 4 digits of account number  0  1  5  1

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:
**Disputed**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$55,000.00

Debtor   __South Texas ELV, LLC_____   Case number (if known) _____

## Part 3:   List Others to Be Notified About Unsecured Claims

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
     listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
     are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1   __CBP Affiliated Services_____   Line __3.11___   __2__ __2__ __0__ __5__
      __Collection Dept._____   ☐ Not listed. Explain:
      __1246 Yellowstone, Suite D1_____
      _____
      __Pocatello_____ID__83204_____

4.2   __EnLink Midstream_____   Line _____   __ __ __ __
      __James W. Bristow, Attorney_____   ☑ Not listed. Explain:
      __1722 Routh St., Ste. 1300_____      **Notice Only**
      _____
      __Dallas_____TX___75201_____

4.3   __Hedrick Holdings, LP_____   Line _____   __ __ __ __
      __PO Box 1172_____   ☑ Not listed. Explain:
      _____      **Notice Only**
      _____
      __Corpus Christi_____TX___78403___

4.4   __Internal Revenue Service_____   Line _____   __ __ __ __
      __PO Box 7346_____   ☑ Not listed. Explain:
      _____      **Notice Only**
      _____
      __Philadelphia_____PA___19101-7346__

4.5   __Metro Industrial Wrecking & Environmenta__   Line _____   __ __ __ __
      __273 Walt Whitman Rd., Ste. 125___   ☑ Not listed. Explain:
      _____      **Notice Only**
      _____
      __Huntington Station____NY___11746__

4.6   __Portneuf Capital, LLC_____   Line _____   __ __ __ __
      __Scott Marotz, Attorney_____   ☑ Not listed. Explain:
      __PO Box 7426_____      **Notice Only**
      _____
      __Boise_____ID__83707-7426__
      CV03-21-00936; Dist Ct 6th Dist IDAHO - Mediated Settlement

Debtor      __South Texas ELV, LLC__                              Case number (if known) _____

---

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
| --- | --- |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.7 | Talleres Industriales, S.A. | Line _____ | __ __ __ __ |
| | Av. Central Cl. 16 | ☑ Not listed.  Explain: | |
| | Colon | **Notice Only** | |
| | REPUBLIC OF PANAMA | | |

Debtor    __South Texas ELV, LLC_____    Case number (if known) _____

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | Total claims from Part 1 | 5a.  $0.00 |
| 5b. | Total claims from Part 2 | 5b. +  $254,358.34 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $254,358.34 |

**Fill in this information to identify the case:**

Debtor name  **South Texas ELV, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____  Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Office Lease Agreement for leased premises at 2200 Market St., Suite 800, Galveston, Texas 77550; Lease term: March 1 2019 - February 29, 2024 **Contract to be REJECTED** | **Waverly Holding Company** 2200 Market St., Suite 500 |
|---|---|---|---|
| | State the term remaining | _____ | Galveston          TX        77550 |
| | List the contract number of any government contract | _____ | |

**Fill in this information to identify the case:**

Debtor name ___South Texas ELV, LLC_____

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS___

Case number _____
(if known)

☐ Check if this is an
    amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**
    ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **South Texas ELV, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:     Summary of Assets**

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B.......................................................... | $0.00 |

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B........................................................ | $4,010,071.95 |

    1c.  **Total of all property**
    Copy line 92 from Schedule A/B.......................................................... | $4,010,071.95 |

---

**Part 2:     Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D....................... | $0.00 |

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F........................................... | $0.00 |

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F......................... | + $254,358.34 |

4.  **Total liabilities**
    Lines 2 + 3a + 3b.................................................................................. | $254,358.34 |

**Fill in this information to identify the case and this filing:**

Debtor Name    __South Texas ELV, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number
(if known)    _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/03/2022__          X __/s/ Stephanie Southwell__
        MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                **Stephanie Southwell**
                                Printed name

                                **Manager**
                                Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

In re  **South Texas ELV, LLC**                    Case No. _____

                                                   Chapter    **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept...........................Hourly: Estimated Total     **$31,738.00**

   Prior to the filing of this statement I have received........................................................     **$9,410.00**

   Balance Due.........................................................................Hourly: Approximately     **$22,328.00**

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid black; padding:10px;">

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 06/03/2022 | /s/ Richard Lee Fuqua II | |
|---|---|---|
| *Date* | *Richard Lee Fuqua II* | Bar No.  07552300 |
| | Fuqua & Associates, P.C. | |
| | 8558 Katy Freeway | |
| | Suite 119 | |
| | Houston, Texas 77024 | |
| | Phone: (713) 960-0277 / Fax: (713) 960-1064 | |

</div>

/s/ Stephanie Southwell

*Stephanie Southwell*
*Manager*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

In re: **South Texas ELV, LLC**

CASE NO

CHAPTER   **11**

## **BUSINESS INCOME AND EXPENSES**

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:          **$389,096.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:          **$167,670.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor): | **$0.00** |
| 4. Payroll Taxes: | **$0.00** |
| 5. Unemployment Taxes: | **$0.00** |
| 6. Worker's Compensation: | **$0.00** |
| 7. Other Taxes: | **$4,448.00** |
| 8. Inventory Purchases (including raw materials): | **$0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$0.00** |
| 11. Utilities: | **$0.00** |
| 12. Office Expenses and Supplies: | **$0.00** |
| 13. Repairs and Maintenance: | **$0.00** |
| 14. Vehicle Expenses: | **$0.00** |
| 15. Travel and Entertainment: | **$18,655.00** |
| 16. Equipment Rental and Leases: | **$0.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$0.00** |
| 18. Insurance: | **$0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | **None** |
| 21. Other (Specify): | |
|     **Commissions** | **$13,567.00** |
|     **Contract Services** | **$116,623.00** |
|     **Other Operating Cost** | **$6,000.00** |
| 22. Total Monthly Expenses (Add items 3 - 21) | **$159,293.00** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):          **$8,377.00**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **South Texas ELV, LLC** | § | Case No. _____ |
| | § | |
| | § | |
| Debtor(s) | § | Chapter ___11_____ |

# DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date: __6/3/2022__       **/s/ Stephanie Southwell**_____
                         Stephanie Southwell
                         Manager
                         **Complete EIN:** __46-3232869_____

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: __6/3/2022_____                    **/s/ Richard Lee Fuqua II**_____
                                              Richard Lee Fuqua II, Attorney for Debtor