| Fill in this information to identify the case: | |
|---|---|
| Debtor name | South Texas ELV, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | White Star Petroleum, LLC<br>PO Box 51435<br>Los Angeles, CA 51435 | | Disputed | Disputed | | | $55,000.00 |
| 2 | TJ Scarbrough, Inc.<br>PO Box 30<br>Buckatunna, MS 39322 | | Disputed | Disputed | | | $41,619.80 |
| 3 | Disaster Recovery Risk Solutions<br>820 Gessner Rd., Suite 1850<br>Houston, TX 77024 | | Disputed | Disputed | | | $29,750.00 |
| 4 | Rosenberg, Fortuna & Laitman<br>666 Old Country Rd., Ste 810<br>Garden City, NY 11530 | | Disputed | Disputed | | | $22,023.57 |
| 5 | JLM Tire<br>23408 Tiffany Dr.<br>Mabelvale, AR 72103 | | Disputed | Disputed | | | $19,120.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  **South Texas ELV, LLC**                                  Case number (if known) _____
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | American Arbitration Association  120 Broadway, 21st Floor  New York, NY 10271 | | Disputed | Disputed | | | $10,212.50 |
| 7 | Disaster Recovery Risk Solutions  820 Gessner Rd., Suite 1850  Houston, TX 77024 | | Disputed | Disputed | | | $8,330.00 |
| 8 | Hydrocarbon Processing Gulf Publishing Company LLC  P.O. Box 2608  Houston, TX 77252-2608 | | Advertising | Disputed | | | $5,776.79 |
| 9 | Disaster Recovery Risk Solutions  820 Gessner Rd., Suite 1850  Houston, Texas 77024 | | Disputed | Disputed | | | $5,606.77 |
| 10 | Disaster Recovery Risk Solutions  820 Gessner Rd., Suite 1850  Houston, TX 77024 | | Disputed | Disputed | | | $5,500.00 |
| 11 | Disaster Recovery Risk Solutions  820 Gessner Rd., Suite 1850  Houston, Texas 77024 | | Disputed | Disputed | | | $5,108.90 |
| 12 | Stan Brown  PO Box 207  Bluff Dale, TX 76433 | | Disputed | Disputed | | | $4,100.00 |
| 13 | PELA GeoEnvironmental  PO Box 2310  Tuscaloosa, AL 35403 | | Disputed | Disputed | | | $3,845.00 |

| Debtor | South Texas ELV, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | AirGas<br>12800 W. Little York Rd<br>Houston, TX 77041 | | Disputed | Disputed | | | $2,063.35 |
| 15 | Plunkett, Griesenbeck & Mimari, Inc.<br>1635 Northeast Loop 410, Ste.900<br>San Antonio, TX 78209 | | Mediation | | | | $1,000.00 |
| 16 | Waverly Holding Company<br>2200 Market St., Ste 800<br>Galveston, TX 77550 | | Disputed | Disputed | | | $600.00 |
| 17 | Four J's<br>8609 N Kraft Rd.<br>Pocatello, ID 83204 | | Disputed | Disputed | | | $594.66 |
| 18 | Mike Walters Specialty Services<br>PO Box 6531<br>40 Morning Dew Rd.<br>Laurel, MS 39441 | | Sulfur Pit Job | Disputed | | | $500.00 |
| 19 | RSS Recovery Solutions, LLC<br>Cristina Belaval, Attorney<br>5507 Louetta Rd., Ste. A<br>Spring, TX 77379 | | Disputed | Disputed | | | $1.00 |
| 20 | Parikh Financial, LLC<br>Cristina Belaval, Attorney<br>5507 Louetta Rd., Ste. A<br>Spring, TX 77379 | | Disputed | Disputed | | | $1.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 3